# United States District Court
# For The Western District of North Carolina
# Statesville Division

EARL WAYNE FLOWERS,

        Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:12CV49-1-RJC

SID HARKLEROAD,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012, Order.

                                                      Signed: November 21, 2012

                                                      Frank G. Johns, Clerk
                                                      United States District Court