# United States District Court
# For The Western District of North Carolina
# Statesville Division

EARL WAYNE FLOWERS,

    Petitioner,

vs.

SID HARKLEROAD,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:12CV49-1-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012, Order.

Signed: November 21, 2012

Frank G. Johns, Clerk
United States District Court