**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:12-cv-49-RJC**

| | | |
|---|---|---|
| EARL WAYNE FLOWERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SID HARKLEROAD, Administrator of | ) | |
| Marion Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Upon a Motion for Copy of Ruling of Relief under Rule 4(A)(4) or (5) by Petitioner,

(Doc. No. 54),

Petitioner's Motion for Copy of Ruling is **GRANTED**, and the Clerk is instructed to mail

Petitioner a copy of this Court's Order dated January 14, 2013, Doc. No. 39.

Signed: April 29, 2013

Robert J. Conrad, Jr.
Chief United States District Judge